**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JOAN BUCHANAN,

    Plaintiff,

vs.                                                            Case No. 3:11-cv-193-J-34JBT

MICHAEL J. ASTRUE, Commissioner of
the Social Security Administration,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 18; Report), entered by the Honorable Joel B. Toomey, United States Magistrate Judge, on September 13, 2011. In the Report, Magistrate Toomey recommends that Defendant's Motion to Dismiss (Dkt. No. 10) be granted and that this case be dismissed without prejudice. See Report at 9. Plaintiff has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007). Upon independent review of the file and for the reasons stated in the Magistrate

Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.  Accordingly, it is hereby

**ORDERED:**

1.  The Magistrate Judge's Report and Recommendation (Dkt. No. 18) is **ADOPTED** as the opinion of the Court.

2.  Defendant's Motion to Dismiss (Dkt. No. 10) is **GRANTED**.

3.  This case is **DISMISSED WITHOUT PREJUDICE**.

4.  The Clerk of the Court is directed to enter judgment dismissing the case without prejudice, terminate any pending motions or deadlines as moot, and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this 8th day of November, 2011.

*[Signature]*
**MARCIA MORALES HOWARD**
United States District Judge

ja
Copies to:
Counsel of Record
Pro Se Party